PER CURIAM.

(No. 74-CC-227—Claimant )

CAROL A. MOSES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed January 8, 1974.*

CAROL A. MOSES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.